

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00054-CR

Marcus Anthony **ROBINSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR0413
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 14, 2015.

_____
Karen Angelini, Justice